IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10331
Summary Calendar
_____

CYRILL ATHANASIOS KOLOCOTRONIS,

Plaintiff-Appellant,

versus

ALAN GREENSPAN, Chairman; FEDERAL RESERVE BOARD,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
- - - - - - - - - -
October 31, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Cyrill Anthanasios Kolocotronis, who resides at the Missouri State Mental Hospital, moves to proceed in forma pauperis ("IFP") from the district court's dismissal of his complaint pursuant to 28 U.S.C. § 1915(g). A review of Kolocotronis' complaint, in which he urges this court to disband the Federal Reserve Board, shows that it contains only "fantastic" and "delusional" allegations. See Neitzke v. Williams, 490 U.S. 319, 325 (1989). Because his appeal of the denial of such a complaint is frivolous, he fails to

_____

[1] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

present a nonfrivolous issue for appeal, and his IFP motion is DENIED.  See FED. R. APP. P. 24(a); <u>Carson v. Polley</u>, 689 F.2d 562, 586 (5th Cir. 1982).  Kolocotronis' appeal is DISMISSED as frivolous.  5TH CIR. R. 42.2.

We caution Kolocotronis that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Kolocotronis is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

Kolocotronis' motion for appointment of counsel is DENIED.

IFP DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED; MOTION FOR APPOINTMENT OF COUNSEL DENIED.